# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00481-CV

**John Vanderslice and Chris Overstreet, Appellants**

**v.**

**Stock Building Supply of Texas, L.L.C., d/b/a Stock Building Supply, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT**
**NO. D-1-GN-08-003471, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Despite notice that their brief was overdue, appellants John Vanderslice and Chris Overstreet have failed to file a brief in this appeal. Their brief was due November 18, 2009. The notice, dated January 11, 2010, warned that this appeal could be dismissed if no brief was filed by January 25, 2010. No brief has been filed. We dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:  March 12, 2010